UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JONATHAN PORTNEY,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LAKE,<br><br>Defendant. | Case No. 24-cv-07802-JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SCHEDULING TRIAL AND PRETRIAL MATTERS**<br><br>Re: Dkt. No. 26 |
|---|---|

The Court has received and considered the parties' joint case management conference and VACATES the case management conference scheduled for March 14, 2025. IT IS HEREBY ORDERED that the Court adopts the Case Management Statement, except as expressly modified by this Order. It is further ORDERED that:

**A.   DATES**

Trial Date: Monday, August 24, 2026, at 8:00 a.m., 10 days

Jury Selection: Wednesday, August 19, 2026 at 8:00 a.m.

Pretrial Conference: Monday, August 3, 2026, at 2:00 p.m.

**The parties shall review this Court's Guidelines for Trial and Final Pretrial Conference in Civil Jury cases for the Court's deadlines and filing requirements for pretrial conferences.**

Last Day to Hear Dispositive Motions: Friday, June 12, 2026, 9:00 A.M.

Last Day for Expert Discovery: May 29, 2026

Last day to disclose rebuttal experts: May 15, 2026

Last Day for Expert Disclosure: May 1, 2026

Close of Non-expert Discovery: April 24, 2026

Further case management conference: Friday, November 7, 2025 at 11:00 a.m.

Further joint case management conference statement due: October 31, 2025

**B.     DISCOVERY**

The parties are reminded that a failure voluntarily to disclose information pursuant to Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of non-expert discovery, lead counsel for each party shall serve and file a certification that all supplementation has been completed.

**C.     ALTERNATIVE DISPUTE RESOLUTION**

**The parties shall meet and confer to select an ADR process and a deadline to complete ADR and shall submit a stipulation and proposed order by no later than March 28, 2025.**

**D.     PROCEDURE FOR AMENDING THIS ORDER**

No provision of this order may be changed except by written order of this Court upon its own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 upon a showing of very good cause.  A motion may take the form of a stipulation and proposed order pursuant to Civil L.R. 7-1(a)(5) and Civil L.R. 7-12, but the parties may not modify the pretrial schedule by stipulation without a Court order.  If the modification sought is an extension of a deadline contained herein, the motion must be brought <u>before</u> expiration of that deadline.  A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk. The only discovery schedule that the Court will enforce is the one set in this order.  Additionally, briefing schedules that are specifically set by the Court may not be altered by stipulation without a

Court order; rather the parties must obtain leave of Court.

**IT IS SO ORDERED.**

Dated: March 10, 2025

_____
JEFFREY S. WHITE
United States District Judge